**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000044**
**13-JUL-2021**
**09:03 AM**
**Dkt. 25 ODMR**

NO. CAAP-21-0000044

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
ROBERTA WILBORN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-19-0000658)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of self-represented Defendant-Appellant Roberta Wilborn's (**Wilborn**) July 8, 2021 "Motion to reconsideration of (dismiss Appeal) CAAP-21-00004400 Filed on February 2021," the papers in support, and the record, it appears that (1) on May 12, 2021, the court entered the Order Granting Motion to Dismiss for Lack of Appellate Jurisdiction (**Order**); (2) Wilborn seeks reconsideration of the Order but failed to file the motion for reconsideration within ten days after the court entered the Order, as required by Hawaiʻi Rules of Appellate Procedure Rule (**HRAP**) Rule 40(a); and (3) regardless, Wilborn has failed to present any point of law or fact that the court

overlooked or misapprehended when it issued the Order.  <u>See</u> HRAP Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the July 8, 2021 motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, July 13, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge